IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KANZA JACKSON,** | CIV S-07-0471 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **FOLSOM STATE PRISON, et al.,** | |
| Respondents. | |

Respondents have requested a thirty-day extension of time in which to file a response to Petitioner's petition for writ of habeas corpus. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including May 26, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

Dated: 4/30/07

/s/ Gregory G. Hollows
───────────────────────────
U.S. Magistrate Judge

jack0471.po

Proposed Order