IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANZA JACKSON, | No. 2:07-cv-00471-MCE-GGH P |
|     Petitioner, | |
|   vs. | ORDER |
| M.C. KRAMER, Warden, | |
|     Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal[1] of this court's March 17, 2008 dismissal with prejudice[2] of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

---

[1] Petitioner's request for a certificate of appealability is to be construed as a notice of appeal. Ortberg v. Moody, 961 F.2d 135, 137 (9th Cir. 1992)("a request for a certificate of probable cause can serve 'double duty' as notice of appeal") [internal quotations omitted].

[2] Although filed a few days before judgment was entered, the appeal is deemed timely. Firstier Mortgage Co. v. Investors Mortgage Ins. Co., 498 U.S. 269, 274-76, 111 S. Ct. 648, 652-53(1991)(premature notice of appeal found timely if appellant has reasonable belief he is appealing final judgment); Wilborn v. Escalderon, 789 F.2d 1328, 1330 (9th Cir.1986)(timeliness requirement satisfied as prematurely filed notice of appeal treated as final after judgment is entered).

1   A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has
2   made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The
3   court must either issue a certificate of appealability indicating which issues satisfy the required
4   showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).
5   For the reasons set forth in the magistrate judge's January 28, 2008, findings and
6   recommendations, petitioner has not made a substantial showing of the denial of a constitutional
7   right. Accordingly, a certificate of appealability should not issue in this action.
8   IT IS SO ORDERED.

Dated: April 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE